IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYNTHIA DENISE JONES,

    Petitioner,

v.                                                       1:15cv33-WS

MARGUERITE J. MORGAN,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed March 20, 2015.  See Doc. 5.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.  The petitioner has filed no objections to the report and recommendation.

Having considered the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and

incorporated by reference into this order of the court.

    2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice.

    3.  The clerk is directed to enter judgment stating: "All claims are DISMISSED without prejudice."

    DONE AND ORDERED this   20th   day of    April   , 2015.


                      s/ William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE